**HOGAN LOVELLS US LLP**
Christopher J. Cox (Bar No. 151650)
Vassi Iliadis (Bar No. 296382)
Christine Wang (Bar No. 343163)
855 Main St Suite 200,
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
chris.cox@hoganlovells.com
vassi.iliadis@hoganlovells.com
christine.wang@hoganlovells.com

*Attorneys for Defendant*
Gourmet Nut, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORRETT, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOURMET NUT, INC.,<br><br>Defendant. | Case No.  5:22-cv-02045-BLF<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE RELATING TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Action filed:  March 30, 2022<br><br>First Amended Complaint Filed: November 10, 2022<br><br>Judge:  Honorable Beth Labson Freeman |

# JOINT STIPULATION

**WHEREAS** on November 10, 2022, Plaintiff John Forrett ("Plaintiff") filed a First Amended Complaint;

**WHEREAS**, Gourmet Nut intends to file a motion to dismiss Plaintiff's First Amended Complaint;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), Gourmet Nut's deadline to file a motion to dismiss Plaintiff's First Amended Complaint is November 25, 2022;

**WHEREAS**, pursuant to Civil Local Rule 7-3, Plaintiff's deadline to file an opposition to the motion to dismiss Plaintiff's First Amended Complaint is December 9, 2022;

**WHEREAS**, pursuant to Civil Local Rule 7-3, Gourmet Nut's deadline to file a reply in support of the motion to dismiss Plaintiff's First Amended Complaint is December 16, 2022;

**WHEREAS**, the Parties met and conferred regarding setting a briefing schedule for Gourmet Nut's motion to dismiss Plaintiff's First Amended Complaint;

**WHEREAS**, the Parties agree and jointly request the following briefing schedule for Gourmet Nut's motion to dismiss Plaintiff's First Amended Complaint;

- December 16, 2022: Gourmet Nut's Deadline to File Motion to Dismiss Plaintiff's First Amended Complaint;
- January 13, 2023: Plaintiff's Deadline to File Opposition; and
- January 27, 2023: Gourmet Nut's Deadline to File Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint.

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES STIPULATE AND JOINTLY REQUEST THAT,** the Court set the briefing schedule set forth above on Gourmet Nut's motion to dismiss Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated: November 18, 2022

By: /s/ _Christopher J. Cox_____

**HOGAN LOVELLS US LLP**

Christopher J. Cox (Bar No. 151650)

Christine Wang (Bar No. 343163)
855 Main St, Suite 200,
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
chris.cox@hoganlovells.com
christine.wang@hoganlovells.com

Vassi Iliadis (Bar No. 296382)
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone:     (415) 374-2300
Facsimile:     (415) 374-4601
vassi.iliadis@hoganlovells.com

*Attorneys for Defendant
Gourmet Nut, Inc.*

By: /s/  *Steffan T. Keeton*

**THE KEETON FIRM LLC**

Steffan T. Keeton (*Pro hac vice forthcoming*)
100 S Commons, Ste. 102,
Pittsburgh, PA 15212
Telephone: (888) 412-5291
stkeeton@keetonfirm.com

**GOOD | GUSTAFSON |AUMAIS LLP**

Christopher T. Aumais
Christopher B. Good
Ryan Gustafson
2330 Westwood Blvd., No. 103
Los Angeles, California 90064
Telephone: (310) 274-4663
cta@ggallp.com
cbg@ggallp.com
jrg@ggallp.com

*Attorneys for Plaintiff, John Forrett,
and the Proposed Class*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that the concurrence in the filing of this Joint Stipulation has been obtained from the other signatory.

By: */s/ Christopher J. Cox*
Christopher J. Cox

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORRETT, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOURMET NUT, INC.,<br><br>Defendant. | Case No. 5:22-cv-02045-BLF<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE RELATING TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Action filed: March 30, 2022<br><br>First Amended Complaint filed: November 10, 2022<br><br>Judge: Honorable Beth Labson Freeman |

CASE NO: 5:22-CV-02045-BLF       [PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE RELATING TO DEFENDANT'S MOTION TO DISMISS

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

ORDER

Having considered the Parties' Joint Stipulation Regarding Briefing Schedule Relating to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation to set a Briefing Schedule Relating to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, as follows:

Defendant Gourmet Nut, Inc. shall file its Motion to Dismiss Plaintiff's First Amended Complaint on December 16, 2022;

Plaintiff John Forrett shall file its opposition to Gourmet Nut's Motion to Dismiss Plaintiff's First Amended Complaint on January 13, 2023; and

Defendant Gourmet Nut shall file its reply on January 27, 2023.

IT IS SO ORDERED.

Dated: November 18, 2022

*[signature]*

HONORABLE BETH LABSON FREEMAN
United States District Judge