1  **HOGAN LOVELLS US LLP**
   Christopher J. Cox (Bar No. 151650)
2  Vassi Iliadis (Bar No. 296382)
   Christine Wang (Bar No. 343163)
3  855 Main St Suite 200,
   Redwood City, CA 94063
4  Telephone:  (650) 463-4000
   Facsimile:  (650) 463-4199
5  chris.cox@hoganlovells.com
   vassi.iliadis@hoganlovells.com
6  christine.wang@hoganlovells.com

7  *Counsel for Defendant*,
   GOURMET NUT, Inc.
8

   **GOOD GUSTAFSON AUMAIS LLP**
   J. Ryan Gustafson (Cal. Bar No. 220802)
   2330 Westwood Blvd., No. 103
   Los Angeles, CA 90064
   Tel: (310) 274-4663
   jrg@ggallp.com

   Counsel for Plaintiff,
   JOHN FORRETT

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

12  JOHN FORRETT, et al.,              Case No. 5:22-cv-02045-BLF

13              Plaintiff,              **STIPULATION OF DISMISSAL AND
                                        [PROPOSED] ORDER**
14       v.
                                        Judge:    Hon. Beth Labson Freeman
15  GOURMET NUT, INC.,

16              Defendant.

The Parties stipulate and request that the Court dismiss with prejudice the above-captioned action in its entirety, with each Party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 10, 2023

**HOGAN LOVELLS US LLP**

CHRISTOPHER J. COX (Bar No. 151650)

  */s/ Christopher J. Cox*
Christopher J. Cox

Attorneys for Defendant,
GOURMET NUT, INC.

Dated: August 10, 2023

**GOOD GUSTAFSON AUMAIS LLP**

J. RYAN GUSTAFSON (220802)

  */s/ J. Ryan Gustafson*
J. Ryan Gustafson
Attorneys for Plaintiff,
John Forrett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 10, 2023

The Honorable Beth Labson Freeman
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, John Ryan Gustafson, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on August 10, 2023, in Los Angeles, California.

                                              */s/ J. Ryan Gustafson*
                                               J. Ryan Gustafson